# *United States District Court*

*District of Minnesota*

Residential Funding Corporation,
a Delaware corporation,

Plaintiff(s)

-vs- Civil Action 00-1017 MJD/JGL

Citifed Diversified, Inc.
a California corporation,

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing that Citifed Diversified, Inc. defendant (s) is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

Citifed Diversified, Inc.

this 16th day of March, ~~XX~~ 2001

FRANCIS E. DOSAL, CLERK

By [signature] Deputy Clerk

5