UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Residential Funding Corporation, Inc.,
a Delaware corporation,

Plaintiff,

v.

Citifed Diversified, Inc.,
a California corporation,

Defendant.

Court File No. 00-CV-1017 MJD/JGL

**ORDER**

TO: Citifed Diversified, Inc., 7525 South 24th Street, Suite 455, Mercer Island, WA 98040

The above-captioned action came before this Court pursuant to Plaintiff's Motion for Default Judgment. Based upon the arguments of counsel and upon all of the files, records and proceedings:

IT IS ORDERED that Plaintiff's Motion for Default Judgment be and hereby is GRANTED.

IT IS ALSO ORDERED that the Clerk of Court be and hereby is directed to enter JUDGMENT in favor of Plaintiff Residential Funding Corporation ("RFC") and against Defendant Citifed Diversified, Inc., as follows:

(1) Awarding $778,657.12 to RFC;

(2) Attorneys' fees of $1333;

(3) Costs of $240.50 for the $150.00 filing fee and $90.50 for costs of service;

FILED SEP 17
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(4) Pre-judgment interest at the legal rate pursuant to Minn. Stat. § 549.09; and

(5) Post-judgment interest at the legal rate pursuant to 28 U.S.C. § 1961.

Dated: 7-20-01

The Honorable Michael J. Davis
United States District Court Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500