# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Residential Funding Corporation, Inc.
a Delaware corporation,

Plaintiff,

Case No. Civil 00-1017MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Citifed Diversified, Inc.,
a California Corporation

Defendant.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judgment be entered in favor of Plaintiff Residential Funding Corporation ("RFC") and against Defendant Citifed Diversified, Inc., as follows:

(1) Awarding $778,657.12 to RFC;
(2) Attorneys' fees of $1333;
(3) Costs of $240.50 for the $150.00 filing fee and $90.50 for costs of service;
(4) Pre-judgment interest at the legal rate pursuant to Minn. Stat. 549.09; and
(5) Post-judgment interest at the legal rate pursuant to 28 U.S.C. 1961.

DATE: September 17, 2001

RICHARD D. SLETTEN, CLERK

Knoblauch

E. Knoblauch, Deputy Clerk